STATE OF NEBRASKA, EX REL. JEREMIAH HOWARD, V. DAVID M. HAVERLY.

FILED DECEMBER 4, 1901.   No. 12,366.

Assessor: CITIES. In cities having more than 25,000 and less than 40,000 inhabitants, an assessor for county purposes is to be elected annually in every precinct in such city.

ORIGINAL application for mandamus to compel the respondent to print on the ballots for the coming election, the name of the office of assessor for South Omaha. *Writ. denied.*

*George W. Shields* and *J. J. Breen,* for relator.

*John C. Cowin, contra.*

NORVAL, C. J.

The questions in this case are identical with those in *Haverly v. State,* 63 Nebr., 83, just decided, and following the opinion in that case, the writ must be denied.

WRIT DENIED.